**William A. Galicia GERTRUDIS, Petitioner,**

v.

**Eric H. HOLDER, Jr.,[1] Attorney General of the United States, Respondent.**

**No. 08–2179.**

United States Court of Appeals, Eighth Circuit.

Submitted: Oct. 15, 2009.

Filed: Oct. 15, 2009.

Subhash Chandra, Omaha, NE, for Petitioner.

Karen Yolanda Drummond, Richard M. Evans, Eric H. Holder, Jr., Michelle Gorden Latour, Sunah Lee, Brooke Maurer, U.S. Department of Justice, Washington, DC, for Respondent.

Before WOLLMAN, RILEY, and SMITH, Circuit Judges.

PER CURIAM.

William Gertrudis, a citizen of El Salvador, petitions for review of an order of the Board of Immigration Appeals (BIA), which affirmed an immigration judge's (IJ's) denial of asylum and withholding of removal. Gertrudis challenges the denial of withholding of removal. Upon careful review, *see Ming Ming Wijono v. Gonzales,* 439 F.3d 868, 872 (8th Cir.2006) (standard of review), we conclude for the reasons explained by the IJ and the BIA that Gertrudis failed to show the gang violence he suffered in El Salvador was attributable either to imputed political opinion or to membership in a particular social group. Thus, he failed to show it was more likely than not that he would be persecuted on account of any such protected ground if returned to El Salvador. *See Marroquin-Ochoma v. Holder,* 574 F.3d 574, 578–79 (8th Cir.2009); *Santos-Lemus v. Mukasey,* 542 F.3d 738, 744–46 (9th Cir.2008); *Davila-Mejia v. Mukasey,* 531 F.3d 624, 628 (8th Cir.2008).

Accordingly, we deny the petition.

---

1. Eric H. Holder, Jr., has been appointed to serve as Attorney General of the United States, and is substituted as respondent pursuant to Federal Rule of Appellate Procedure 43(c).